## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

EVA MARIE "EMARIE" POPE,

                Plaintiff,

v.

IBERIA AIRLINES and
MASSACHUSETTS PORT AUTHORITY,

                Defendants.

Case No.

IBERIA AIRLINES' FEDERAL RULE
OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant IBERIA AIRLINES certifies that INTERNATIONAL CONSOLIDATED AIRLINES GROUP, S.A., is the parent company of IBERIA AIRLINES, and that there is no parent company of International Consolidated Airlines Group, S.A., and that no other publicly held corporation owns 10% or more stock of IBERIA AIRLINES.

DATED: April 21, 2026

MCGOWAN & ASSOCIATES

By /s/ Owen P. McGowan
    Owen P. McGowan, BBO #550423
    opm@mcgowanassociateslaw.com
    80 Washington Street, C-20
    Norwell, MA 02061
    T: (718) 261-9977
    *Counsel for Co-Defendant*
    IBERIA AIRLINES


TO:    Bradley M. Henry, BBO #559501
        bhenry@santoroandgray.com
        Jessica M. Gray, BBO #697533
        jgray@santoroandgray.com
        SANTORO & GRAY, LLC
        131 Dartmouth Street, 3rd Floor
        Boston, MA 02116
        T: (857) 201-2594
        *Counsel for Plaintiff*

4927-1314-8323v.1

EVA MARIE "EMARIE" POPE

## CERTIFICATE OF SERVICE

I, Owen McGowan, counsel for Defendant Iberia Airlines, hereby certify that on this 21st day of April 2026, I electronically filed the foregoing, *Defendant Iberia Airlines' Statement Pursuant to Federal Rule of Civil Procedure 7.1*, with the Clerk of the Court using the electronic filing system, CM/ECF system, which will send such notification of such filing to counsel of record. Said document was also sent via U.S. First Class Mail and Electronic Mail to the following parties in the above referenced action or their legal representative:

Bradley M. Henry, Esq.
bhenry@santoroandgray.com
Jessica M. Gray, Esq.
jgray@santoroandgray.com
Santoro & Gray, LLC
131 Dartmouth Street, 3rd
Floor Boston, MA 02116
*Counsel for Plaintiff*
EVA MARIE "EMARIE" POPE

Michelle I. Schaffer, Esq.
mschaffer@campbell-trial-lawyers.com
Cassidy M. Cohan, Esq.
ccohan@campbell-trial-lawyers.com
Campbell, Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA 02129
*Counsel for Co-Defendant*
MASSACHUSETTS PORT
AUTHORITY

4927-1314-8323v.1